# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRHAWK INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey corporation,<br><br>Defendant. | Case No.: 18cv73-MMA (AGS)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING RE: DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE** |

On July 1, 2019, Defendant Ontel Products Corporation ("Defendant") filed objections to evidence submitted in support of Plaintiff Airhawk International LLC's ("Plaintiff") opposition to Defendant's motion for summary judgment. *See* Doc. No. 102. Upon review of Defendant's objections, the Court finds that supplemental briefing is warranted. Accordingly, the Court **ORDERS** Plaintiff to file a supplemental brief addressing the merits of Defendant's objections. Plaintiff's supplemental brief, not to exceed five (5) pages, must be filed on or before **Thursday, December 12, 2019**. Defendant, as the objecting party, may file a responsive supplemental brief, not to exceed five (5) pages, on or before **Monday, December 16, 2019**.

**IT IS SO ORDERED.**

Dated: December 9, 2019

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge