**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIRHAWK INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey corporation,<br><br>Defendant. | Case No.: 18cv73-MMA (AGS)<br><br>**ORDER RE: REDACTED VERSION OF JANUARY 2, 2020 ORDER** |

On January 2, 2020, the Court issued an Order ruling on Defendant Ontel Products Corporation's ("Defendant") *Daubert* motions and motion for summary judgment. *See* SEALED Doc. No. 130. The Court directed the Clerk of Court to file the Order under seal.[1] "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access is the starting point." *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The Court finds that compelling reasons do not justify maintaining the entirety of the Order under seal. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016). Accordingly, the Court will issue a

---

[1] Case participants in this action may access the Order electronically.

redacted version of the Order.

To assist the Court in determining the appropriate extent of the redactions, and in light of the Court's sealing order (Doc. No. 116), the Court **ORDERS** the parties to submit a joint proposed redacted version of the Order directly to the undersigned's Chambers e-file address, efile_anello@casd.uscourts.gov, no later than **January 10, 2020**. The Court will review the proposed submission and issue a redacted version of the January 2, 2020 Order in due course.

**IT IS SO ORDERED.**

Dated: January 3, 2020

HON. MICHAEL M. ANELLO
United States District Judge