**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIRHAWK INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey corporation,<br><br>Defendant. | Case No.: 18cv73-MMA (AGS)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>[Doc. No. 136] |

On February 20, 2020, the parties filed a joint motion to modify the Court's Pretrial Scheduling Order. *See* Doc. No. 136. Upon due consideration, good cause appearing, the Court **GRANTS IN SUBSTANTIAL PART** the joint motion, **VACATES** all pending pretrial and trial dates, and **ORDERS** as follows:

1. Motions in limine will be heard at the final pretrial conference and must be filed by **October 5, 2020**. Oppositions to motions in limine must be filed by **October 19, 2020**. No reply briefs will be accepted. The parties should consult the Undersigned's Civil Chambers Rules for further information regarding motions in limine.

2. Memoranda of Contentions of Fact and Law must be filed, and any other action required by Civil Local Rule 16.1(f)(2) taken, by **October 5, 2020**.

3. Counsel must comply with the pretrial disclosure requirements of Federal

Rule of Civil Procedure 26(a)(3) by **October 13, 2020**.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

4. Counsel must meet and take the action required by Civil Local Rule 16.1(f)(4) by **October 19, 2020**.

5. The final pretrial conference will be held on **November 13, 2020** at 10:00 a.m. in Courtroom 3D.

6. The proposed Final Pretrial Order must be prepared, served, and lodged with the Court on or before **November 25, 2020**.  The parties should consult Civil Local Rule 16.1(f)(6) regarding proper form and content.

7. The parties must file proposed jury instructions and verdict forms no later than 5:00 p.m. on **December 2, 2020**.  The parties must simultaneously email an electronic copy (Microsoft Word or Word Perfect format) to efile_anello@casd.uscourts.gov.

8. The parties must provide the Court with two copies of their exhibits no later than 3:00 p.m. on **December 3, 2020**.  The parties must deliver their exhibits directly to Chambers on the third floor of the Edward J. Schwartz United States Courthouse.

9. Trial is set to begin on **Tuesday, December 8, 2020**, at 8:30 a.m. in Courtroom 3D.

**IT IS SO ORDERED.**

Dated:  February 21, 2020

HON. MICHAEL M. ANELLO
United States District Judge