# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRHAWK INTERNATIONAL, LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>ONTEL PRODUCTS CORPORATION and DOES 1 through 50,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 18-cv-73-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TRIAL DATE AND MODIFY THE AMENDED PRETRIAL SCHEDULING ORDER**<br><br>[Doc. No. 147] |

On September 11, 2020, the Court entered an amended pretrial scheduling order. *See* Doc. No. 146. The parties now jointly request to extend the trial date and modify the amended scheduling order. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **AMENDS** the previously issued pretrial scheduling order as follows:

1. Motions in limine will be heard at the final pretrial conference and must be filed on or before **September 13, 2021**. Oppositions to motions in limine must be filed on or before **September 27, 2021**. No reply briefs will be accepted. The parties should consult the Undersigned's Civil Chambers Rules for further information regarding motions in limine.

2. Memoranda of Contentions of Fact and Law must be filed, and any other

action required by Civil Local Rule 16.1(f)(2) taken, on or before **September 13, 2021**.

3. Counsel must comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **September 13, 2021**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

4. Counsel must meet and take the action required by Civil Local Rule 16.1(f)(4) by **September 20, 2021**.

5. The final pretrial conference will be held on **October 12, 2021 at 2:30 p.m.** in Courtroom 3D.

6. The proposed Final Pretrial Order must be prepared, served, and lodged with the Court on or before **October 29, 2021**. The parties should consult Civil Local Rule 16.1(f)(6) regarding proper form and content.

7. The parties must file proposed jury instructions and verdict forms no later than 5:00 p.m. on **November 4, 2021**. The parties must simultaneously email an electronic copy (Microsoft Word) to efile_anello@casd.uscourts.gov.

8. The parties must provide the Court with two copies of their exhibits no later than 5:00 p.m. on **November 5, 2021**. The parties must deliver their exhibits directly to Chambers on the third floor of the Edward J. Schwartz United States Courthouse.

9. Trial is set to begin on **Tuesday, November 9, 2021 at 8:30 a.m.** in Courtroom 3D.

**IT IS SO ORDERED.**

Dated: February 22, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge