OAO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern _____ **District of** _____ California _____

Airhawk International, LLC

Plaintiff (s),

V.

Ontel Products Corporation

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  3-18-cv-00073-MMA-AGS

Notice is hereby given that, subject to approval by the court,   Ontel Products Corporation _____ substitutes

(Party (s) Name)

Ben M. Davidson _____ , State Bar No.  181464 _____ as counsel of record in

(Name of New Attorney)

place of    William P. Cole _____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Ben M. Davidson |
| Address: | 4500 Park Granada Blvd., Suite 202 |
| Telephone: | (818) 918-4622      Facsimile  (310) 473-4299 |
| E-Mail (Optional): | ben@dlgla.com |

I consent to the above substitution.

Date:         5/5/2022

Caroline Kinsey obo Ontel Products Corporation

(Signature of Party (s))

William P. Cole

I consent to being substituted.

Date:         5/3/22

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:         5/5/2022

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:         5/10/2022

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**