OAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern     District of     California

Airhawk International, LLC
     Plaintiff (s),
V.
Ontel Products Corporation
     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3-18-cv-00073-MMA-AGS

Notice is hereby given that, subject to approval by the court, **Ontel Products Corporation** substitutes (Party (s) Name)

**Ben M. Davidson** (Name of New Attorney), State Bar No. **181464** as counsel of record in place of **Scott Shaw** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Ben M. Davidson |
| Address: | 4500 Park Granada Blvd., Suite 202 |
| Telephone: | (818) 918-4622     Facsimile (310) 473-4299 |
| E-Mail (Optional): | ben@dlgla.com |

I consent to the above substitution.
Date:

Caroline Kinsey obo Ontel Products Corporation
(Signature of Party (s))

I consent to being substituted.
Date: 5/3/22

Scott P. Shaw
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/5/2022

Ben Davidson
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/10/2022

Michael M. Anello
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]