# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRHAWK INTERNATIONAL, LLC,<br><br>                                    Plaintiff,<br>v.<br>ONTEL PRODUCTS CORPORATION and DOES 1 through 50,<br><br>                                    Defendants. | Case No.: 18-cv-73-MMA (AGS)<br><br>**ORDER DIRECTING PARTIES TO SUBMIT A JOINT PROPOSED PRETRIAL SCHEDULING ORDER** |

Based upon the parties' anticipated settlement efforts, *see* Doc. No. 155, on February 28, 2022, the Court vacated its Amended Pretrial Scheduling Order, *see* Doc. No. 156.  On May 5, 2022, Magistrate Judge Andrew G. Schopler held a settlement conference, however, it is unclear if the parties settled.  *See* Doc. No. 159.  Absent settlement, the Court intends to issue an Amended Pretrial Scheduling Order and reset this case for trial.

Accordingly, the Court **DIRECTS** the parties to meet and confer and submit a joint proposed pretrial scheduling order to the Court on or before **June 8, 2022**.  The parties are further directed to refer to the undersigned's Civil Chambers Rule X in

preparing the proposed order and to lodge it via email to the Court's e-file email address, efile_anello@casd.uscourts.gov, in Microsoft Word format.  The Court will then issue an Amended Pretrial Scheduling Order in due course.

**IT IS SO ORDERED.**

Dated:  May 24, 2022

HON. MICHAEL M. ANELLO
United States District Judge